UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

       Plaintiff,                                               Case No: 1:12-cr-273

v.                                                         HON. JANET T. NEFF

PHETMANY CHOUMMANIVONG
also known as Pit,

       Defendant.
_____/


## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (Dkt 100) is approved and adopted as the opinion of the Court.

2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charges set forth in the Superseding Felony Information.

3. The written plea agreement is hereby continued under advisement pending sentencing.


Dated: April 23, 2013                               /s/Janet T. Neff
                                                        JANET T. NEFF
                                                        United States District Judge